Adele Schneidereit, State Bar No 331200
LAW OFFICES OF ADELE SCHNEIDEREIT
7395 El Camino Real, #385
Atascadero, CA 93422
Phone: (805) 401-0821
Fax: (805) 468-4308
Email: adele@amslawoffices.com

Attorneys for Debtors and Plaintiff

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### NOTHERN DIVISION

| | |
|---|---|
| In re JULIE MARSHALL<br><br>　　　　　　　　Debtor.<br>_____<br><br>JULIE MARSHALL,<br>　　　　　　　　Plaintiff<br>vs.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br>　　　　　　　　Defendant. | Case No. 9:21-bk-10597-MB<br><br>Chapter 7<br><br><br><br>Adv. Proc No. 9:21-ap-01044-MB<br><br>**STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE**<br><br><br>Date: May 25, 2023<br>Time: 2:30 p.m.<br>Place:  Courtroom 303<br>21041 Burbank Boulevard<br>Woodland Hills, CA 91367 |

STIPULATION OF DISMISSAL OF ADVERSARY COMPLAINT WITH PREJUDICE

PAGE 2 OF 2

Plaintiff Julie Marshall and Defendant United States Department of Education, through their respective counsel of record, hereby stipulate to dismiss this matter with prejudice, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a). Each party shall bear its own costs and attorney's fees.

Respectfully Submitted,

Date:                                LAW OFFICES OF ADELE SCHNEIDEREIT

*/s/ Adele M. Schneidereit*
ADELE SCHNEIDEREIT

Date:  May 9, 2023                   E. MARTIN ESTRADA
                                     United States Attorney
                                     DAVID M. HARRIS
                                     Assistant United States Attorney
                                     Chief, Civil Division
                                     JOANNE S. OSINOFF
                                     Assistant United States Attorney
                                     Chief, Complex and Defensive Litigation Section

                                     By: */s/ Elan S. Levey*
                                     ELAN S. LEVEY
                                     Assistant United States Attorney
                                     Attorneys for United States Department of Education

STIPULATION OF DISMISSAL OF ADVERSARY COMPLAINT WITH PREJUDICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2852 W. Sunrise Dr. Rialto Ca 92377

A true and correct copy of the foregoing document entitled (*specify*): Stipulation for Dismissal of Adversary Proceeding with Prejudice
_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 5/10/.23_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
  Jeremy W. Faith (TR)    Trustee@MarguliesFaithlaw.com,
  C118@ecfcbis.com;Helen@MarguliesFaithLaw.com;leedowding@gmail.com
  Elan S Levey    elan.levey@usdoj.gov, julie.morales@usdoj.gov
  Adele M Schneidereit    adele@amslawoffices.com, Bankruptcy@amslawoffices.com
  United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __5/10/23_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
  Honorable Martin R. Barash
  United States Bankruptcy Court
  Central District of California
  21041 Burbank Boulevard, Suite 342 / Courtroom 303
  Woodland Hills, CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/10/23 | Jennifer Garcia | *signature* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                       **F 9013-3.1.PROOF.SERVICE**